UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60748-CIV-SINGHAL

MARIA VON ROMER,

    Plaintiff,

v.

C.K.S. PACKAGING, INC.,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** has come before the Court upon the Order granting Defendant's Motion for Summary Judgment by default (DE [17]). Pursuant to Fed. R. Civ. P. 58, the Court now enters this Default Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that this **CAUSE** shall be **DISMISSED WITH PREJUDICE**. This is a **FINAL JUDGMENT**. The Clerk of the Court is directed to **CLOSE** this case and **DENY AS MOOT** any remaining motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, on this 2nd day of March 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF