UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60748-CIV-SINGHAL/VALLE

MARIA VON ROMER,

    Plaintiffs,

vs.

CKS PACKAGING, INC.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Defendant's Bill of Costs under 28 U.S.C. § 1920 and Supportive Memorandum (the "Motion") (DE [19, 20]), which was referred to the magistrate judge for Report and Recommendation.  The magistrate judge issued a Report and Recommendation (DE [22]) on April 18, 2022, recommending that the Motion be granted in part and denied in part.  The Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [22]) is **AFFIRMED** and **ADOPTED**.

2. Defendant's Bill of Costs under 28 U.S.C. § 1920 and Supportive Memorandum (DE [19, 20]) is **GRANTED in part and DENIED in part**.

3. Defendant is awarded a total of **$2,248.70** in costs.

2

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of May 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF